UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:13-cv-60467-Zloch-Hunt

ANGELICA ROSSI BROWN,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., an Ohio corporation, and CHASE
BANK USA, N.A., a National Association,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE THAT plaintiff Angelica Rossi Brown ("Plaintiff") and defendant Chase Bank USA, N.A. ("Chase") have reached a settlement which will result in the dismissal of Chase from this action with prejudice. Plaintiff and Chase currently are finalizing the settlement and expect to file a stipulation for dismissal with prejudice within the next thirty (30) days. Accordingly, Plaintiff and Chase respectfully request that they be excused from the pre-trial conference scheduled for July 25, 2014, and all other trial and pre-trial deadlines set forth in the Court's Order Resetting Pre-Trial Conference (Dkt. No. 30).

The filer of this Notice has the consent of Matthew J. Militzok to reflect his electronic signature in accordance with Section 3J(3) of this Court's Electronic Case Filing CM/ECF Administrative Procedures.

Dated: July 10, 2014.                    Respectfully submitted,

By: ___/s/ Matthew J. Militzok_____
Matthew J. Militzok, Esq.
Florida Bar No. 153842
MILITZOK & LEVY, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone: (954) 727-8570
Facsimile: (954)-241-6857
mjm@mllawfl.com
Attorneys for Plaintiff
     Angelica Rossi Brown

By: ___/s/ Brendan S. Everman_____
Brian C. Frontino
Florida Bar No. 95200
Brendan S. Everman
Florida Bar No. 0068702
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Telephone: (305) 358-9900
Facsimile: (305) 789-9302
Email: bfrontino@stroock.com;
     beverman@stroock.com;
     lacalendar@stroock.com
Attorneys for defendant
     Chase Bank USA, N.A

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the Court's CM/ECF system on June 10, 2014 on all counsel or parties of record on the Service List below.

/s/ Brendan S. Everman
Brendan S. Everman

**SERVICE LIST**

Matthew J. Militzok, Esq.
MILITZOK & LEVY, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
Telephone:  (954) 727-8570
Facsimile:   (954) 241-6857
mjm@mllawfl.com

Maria H. Ruiz, Esq.
KASOWITZ BENSON TORRES &
FRIEDMAN LLP
The Four Seasons Tower
1441 Brickell Avenue, Suite 1420
Miami, Florida 33131
Telephone: (305) 377-1666
Facsimile:  (305) 377-1664
mruiz@kasowitz.com

Brian C. Frontino, Esq.
Brendan S. Everman, Esq.
STROOCK & STROOCK & LAVAN LLP
200 S. Biscayne Boulevard, Suite 3100
Miami, Florida 33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
bfrontino@stroock.com
beverman@stroock.com
lacalendar@stroock.com